UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED 2005 OCT 18 A 8:31

| | |
|---|---|
| IRENE PEREZ<br>　　　　Plaintiff<br><br>　　　vs<br><br>COMMISSIONER OF<br>SOCIAL SECURITY<br><br>　　　　Defendant | NEW CASE NO. 1:05-cv-00716-SMS<br><br>ORDER ASSIGNING CASE<br>RE PRESIDING JUDGE<br><br>Old Case No. 1:05-cv-00716-OWW-SMS |

IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Judge SANDRA M. SNYDER as Presiding Judge of the above entitled action. Plaintiffs filed their consent on September 30, 2005 and Defendants filed their consent on October 12, 2005 under Title 28, U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

DATED: 10-14-05

_____
United States District Judge Oliver W. Wanger

## ALL FUTURE PLEADINGS SHALL BE NUMBERED AS FOLLOWS:

### 1:05-cv-00716-SMS